**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

JOSE MARTIN SUAREZ, )
)
Petitioner, )
)
v. ) Case No. CIV-26-2896-J
)
FRED FIGUEROA, et al., )
)
Respondents. )

**ORDER**

Petitioner Jose Martin Suarez, a citizen of Nicaragua, is currently in the custody of Immigration and Customs Enforcement (ICE). On October 13, 2026, Petitioner filed a Petition for Writ of Habeas Corpus. [Doc. No. 1]. The matter was referred to United States Magistrate Judge Amanda L. Maxfield consistent with 28 U.S.C. § 636(b)(1)(B),(C). On October 30, 2026, Judge Maxfield issued a Report and Recommendation [Doc. No. 5] recommending that the Petition be summarily dismissed without prejudice. On November 12, 2026, Petitioner filed an Amended Petition for Writ of Habeas Corpus [Doc. No. 6]. In light of the filing of the amended petition, the Court FINDS the Report and Recommendation [Doc. No. 5] is now MOOT, and the Court hereby RE-REFERS this matter to Judge Maxfield for further proceedings consistent with 28 U.S.C. § 636(b)(1)(B),(C).

IT IS SO ORDERED this 13th day of November, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE